**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAKE CHARLES DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL NO. 2:26-mj-00047** |
| **VS.** | * | |
| **JOSE ARMANDO OCHOA** | * | **MAGISTRATE JUDGE LEBLANC** |

## ORDER APPOINTING INTERPRETER

The Court, having been satisfied that the following individual has the qualifications necessary to serve as an interpreter in this matter, it is hereby **ORDERED** that:

Interpreter: David Hoover

be appointed as interpreter of the Spanish language to assist in the initial appearance, arraignment, plea negotiations, plea hearing, sentencing hearing and all other ancillary proceedings to be held in this matter. Compensation for these services shall be paid by the Government.

This appointment is made pursuant to Rule 28 of the Federal Rules of Criminal Procedure.

**SO ORDERED** at Lake Charles, Louisiana, this 2nd day of March, 2026.

_____
**THOMAS P. LEBLANC**
**UNITED STATES MAGISTRATE JUDGE**