RECEIVED
U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

MAR 18 2026

DANIEL J. McCOY, CLERK
BY:_____

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | 21 U.S.C. § 846<br>21 U.S.C. §§ 841(a)(1) and (b)(1)(A)(ii) |
| v. | |
| JUAN FRANCISCO GONZALEZ DE LEON (01),<br>JOSE ARMANDO OCHOA (02),<br>CELIA MARROQUIN LOZANO (03),<br><br>　　　　Defendants | 2:26-cr-00106<br>Judge Cain<br>Magistrate Judge LeBlanc |

## INDICTMENT

The Federal Grand Jury charges:

### COUNT 1
**Conspiracy to Possess a Controlled Substance with Intent to Distribute**
[21 U.S.C. §§ 846, 841(a)(1) and (b)(1)(A)(ii)]

Beginning at least as early as on or about February 11, 2026, and continuing through on or about February 12, 2026, in the Western District of Louisiana and elsewhere, the defendants,

**JUAN FRANCISCO GONZALEZ DE LEON,
JOSE ARMANDO OCHOA, and
CELIA MARROQUIN LOZANO,**

did knowingly and willfully combine, conspire, confederate, and agree with other persons, known and unknown to the Grand Jury, to possess with intent to distribute a controlled substance, that is, five (5) kilograms or more of a mixture or substance containing a detectable amount of cocaine, its salts, optical and geometric isomers, and salts of isomers, a Schedule II controlled substance, in violation of Title 21,

United States Code, Sections 841(a)(1) and (b)(1)(A)(ii); all in violation of Title 21, United States Code, Section 846.

## COUNT 2
### Possessing a Controlled Substance with Intent to Distribute
[21 U.S.C. §§ 841(a)(1) and (b)(1)(A)(ii)]

On or about February 12, 2026, in the Western District of Louisiana, and elsewhere, the defendants,

**JUAN FRANCISCO GONZALEZ DE LEON,
JOSE ARMANDO OCHOA, and
CELIA MARROQUIN LOZANO,**

did knowingly and intentionally possess with intent to distribute a controlled substance, that is, five (5) kilograms or more of a mixture or substance containing a detectable amount of cocaine, its salts, optical and geometric isomers, and salts of isomers, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A)(ii) and Title 18, United States Code, Section 2.

## FORFEITURE NOTICE

A.      The allegations of this Indictment are hereby re-alleged and by this reference fully incorporated herein for alleging forfeiture to the United States of America of certain property to which the defendants, **JUAN FRANCISCO GONZALEZ DE LEON, JOSE ARMANDO OCHOA,** and **CELIA MARROQUIN LOZANO,** have an interest.

B.      Upon conviction of a violation of Title 21, United States Code, Sections 846, 841(a)(1), and 856(a)(1), as alleged in this Indictment, the defendants shall forfeit to the United States of America any property constituting, or derived from,

any proceeds obtained, directly or indirectly, as a result of such violation, and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such offense, pursuant to Title 21, United States Code, Section 853.

C.    If, as a result of any act or omission of the defendants, any of the property described in or subject to this Forfeiture Notice (1) cannot be located upon the exercise of due diligence; (2) has been transferred or sold to, or deposited with, a third party; (3) has been placed beyond the jurisdiction of the Court; (4) has been substantially diminished in value; or (5) has been commingled with other property which cannot be divided without difficulty, then the United States of America shall be entitled to the forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p).

All in accordance with Title 21, United States Code, Section 853(p).

A TRUE BILL:

# REDACTED

FOREPERSON

ZACHARY A. KELLER
UNITED STATES ATTORNEY

LADONTE A. MURPHY
ASSISTANT UNITED STATES ATTORNEY