**SUPPLEMENTAL MINUTE BOOK**
**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

Court convened **at 3:44 p.m.** on **Wednesday, March 18, 2026**, and adjourned at **3:53 p.m.**

PRESENT:    Carol B. Whitehurst, Magistrate Judge, Presiding
Paula Jordan, Minute Clerk
Recorded: Liberty Court Recorder 6
Time in Court: 9 minutes

### GRAND JURY REPORT

 X   Final Report
 X   Sealed Indictments ordered sealed and withheld from the public until such time as the defendants come into federal custody.

OPEN INDICTMENTS

| CASE NUMBER | WARRANT | SUMMONS |
|---|---|---|
| 1:25-CR-00272-01* ** | X | |
| 6:26-CR-00102-01* | X | |
| 6:26-CR-00102-02* | X | |
| 2:26-CR-00103-01* | X | |
| 1:26-CR-00104-01*** | X | |
| 2:26-CR-00105-01* | X | |
| 1:26-CR-00107-01 | X | |
| 2:26-CR-00108-01* | X | |
| 1:26-CR-00109-01 | X | |
| 1:26-CR-00110-01 | X | |
| 1:26-CR-00111-01 | X | |
| 2:26-CR-00112-01*** | X | |
| 2:26-CR-00112-02*** | X | |
| 6:26-CR-00076-01** | X | |
| 6:26-CR-00076-02** * | X | |
| 6:26-CR-00076-03** * | X | |
| 6:26-CR-00076-04** *** | X | |
| 6:26-CR-00116-01* | X | |
| 6:26-CR-00117-01* | X | |
| 6:26-CR-00118-01 | X | |

SEALED INDICTMENTS

| CASE NUMBER | WARRANT | SUMMONS |
|---|---|---|
| 1:26-CR-00100-01*** | X | |
| 1:26-CR-00101-01 | X | |
| 2:26-CR-00106-01* | X | |

| | | |
|---|---|---|
| 2:26-CR-00106-02* | X | |
| 2:26-CR-00106-03* | X | |
| 2:26-CR-00114-01 | X | |

 X  Warrants/summons ordered issued as indicated.
 *   In Federal Custody
 **  Superseding Indictment
 *** State Custody